JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MIRAMONTES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HEATHER MILLS, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 11-8603 MMM (SSx)<br><br>JUDGMENT FOR DEFENDANTS |

On November 24, 2015, the court entered an order granting defendant's motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

1. Miramontes take nothing by way of his complaint; and

2. That the action be, and it is hereby, dismissed.

DATED: November 24, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE